■ WESTINGHOUSE ELECTRIC CORPORATION, Respondent, v LINCOLN PLAZA ASSOCIATES et al., Appellants, et al., Defendants.—Order, Supreme Court, New York County, entered on June 28, 1976, unanimously affirmed on the opinion of Hughes, J., at Special Term. Respondent shall recover of

the appellants $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Kupferman, Birns and Lane, JJ.